UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GMI USA MANAGEMENT, INC., *et al*[1] | § | CASE NO. 15-12552 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

**PLEASE TAKE NOTICE** that upon the annexed Application of the Debtors, the Affidavit of John P. Melko and Declaration Tom Oliphant, sworn to the 24th day of September, 2015, and the Debtors' underlying *Emergency Motion to Enforce the Automatic Stay Pursuant to 11 U.S.C. §362* (the "**Underlying Motion**"); it is hereby:

**ORDERED,** that Jia Foison Shipping Co., Ltd (the "**Owner**") and HTM Shipping Co., Ltd. (the "**Manager**") show cause before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 723 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on the 30th day of September, 2015, at 10:00 a.m. prevailing Eastern Time, or as soon thereafter as counsel can be heard, why an Order on the Underlying Motion should not be entered against the Owner and Manager, and any parties acting in concert with them, (i) permanently enjoining the Owner and Manager from any further acts to (a) interfere with property of the estate; (b) collect any prepetition amounts owed by the Debtors; (c) to attach or perfect any liens relating to prepetition amounts allegedly owed by GMIC; (d) attach or perfect any liens on third-party property to collect prepetition amounts owed by the Debtors; or (e) otherwise violate the

---

[1] The Debtors in these Chapter 11 cases consist of GMI USA Management, Inc., Global Maritime Investments Holdings Cyprus Limited, Global Maritime Investments Vessel Holdings Pte. Limited, Global Maritime Investments Cyprus Limited and Global Maritime Investments Resources (Singapore) Pte. Limited

automatic stay of Section 362 of the Bankruptcy Code and related provisions thereof; (ii) determining that the Owner and Manager are in contempt of court for their violation of the automatic stay, and for the assessment of actual and punitive damages against them; and (iii) granting such other and further relief as may be just and proper; and it is further

**ORDERED,** that pending a hearing on the Underlying Motion, the Owner, Manager, and any parties acting in concert with them are enjoined from any further acts to (a) interfere with property of the estate; (b) collect any prepetition amounts owed **by third parties to** ~~by~~ the Debtors; (c) to attach or perfect any liens relating to prepetition amounts allegedly owed by GMIC; (d) attach or perfect any liens on third-party property to collect prepetition amounts owed by the Debtors; or (e) otherwise violate the automatic stay of Section 362 of the Bankruptcy Code and related provisions thereof; and it is further**[SMB: 9/24/15]**

**ORDERED,** that copies of this Order to Show Cause, and the supporting papers on which it is made, be served upon the Owner, Manager, Sub-Charterer (as defined in the Application), and Ultimate Charterer (if identified and as defined in the Application) by facsimile or email on or before the 24th day of September, 2015, and that such service shall be deemed good and sufficient.

[*remainder of page intentionally blank*]

**Dated  September 24th, 2015**
     **New York, New York**

                              **/s/ STUART M. BERNSTEIN**
                              **UNITED STATES BANKRUPTCY JUDGE**

**Issued: 5:32 p.m.**

7117672v.3