WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0539
By:    Andrea B. Schwartz, Esq., Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :    Case No. 15-12552 (SMB)
                                                             :
GMI USA MANAGEMENT, INC., *et al.*,                          :
                                                             :
                    Debtors.                                 :
------------------------------------------------------------ x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, pursuant to Bankruptcy Code Sections 1102(a) and (b), hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of GMI USA Management, Inc., and its affiliated debtors in possession.

1.  Southport Agencies
    2700 Lake Villa Dr. Ste 180
    Metairie, LA 70002
    Tel. (504) 450-5012
    Attn.: Mr. Kevin Lagraize
    klagraize@southport-nola.com

2.  Mardinik Shipping Co. Ltd.
    c/o Sealestial Navigation Co.
    3, Xanthou Str., Glyfada
    16673 Athens, Greece
    Tel. +30 210 9681430
    Attn.: Georgios N. Karamolegkos
    info@sealestial.gr

3. ADM Investor Services International Limited
4th Floor Millennium Bridge House
2 Lambeth Hill, London EC4V 3TT
Tel. +44 207 716 8001
Attn.: Mr. Philip Wasling
philip.wasling@admisi.com

Dated: New York, New York
October 8, 2015

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE

                        By */s/ Andrea B. Schwartz*
                            Andrea B. Schwartz
                            Trial Attorney
                            U.S. Department of Justice
                            Office of the United States Trustee
                            U.S. Federal Office Building
                            201 Varick Street, Room 1006
                            New York, NY 10014
                            Tel. (212) 510-0539
                            andrea.b.schwartz@usdoj.gov