FAEGRE BAKER DANIELS LLP
Colin F. Dougherty (*pro hac vice* pending)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000

and

Jay Jaffe (*pro hac vice* pending)
Kayla D. Britton (*pro hac vice* pending)
600 E. 96th Street Suite 600
Indianapolis, IN 46240

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
IN RE                                 :    Chapter 11
                                      :
GMI USA MANAGEMENT, INC., *et al.*[1],  :    Case No. 15-12552 (SMB)
                                      :
                  Debtors.            :    (Jointly Administered)
                                      :
------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Colin F. Dougherty, request admission, ***pro hac vice,*** before the Honorable Stuart M. Bernstein, to represent, upon approval of the Court, the Official Committee of Unsecured Creditors, in the above-captioned chapter 11 proceedings.

***I certify that I am a member in good standing*** of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] This case is being jointly administered with the following cases: In re: Global Maritime Investments Cyprus Limited (Case No. 15-12553-SMB); In re: Global Maritime Investments Holdings Cyprus Limited (Case No. 15-12554 SMB); In re: GMI Resources (Singapore) Pte Limited (Case No. 15-12555-SMB); and Global Maritime Investments Vessel Holdings Pte Limited (Case No. 15-12556-SMB)

US.102878721.02

Dated: October 20, 2015
Minneapolis, Minnesota

          Respectfully Submitted,

          FAEGRE BAKER DANIELS LLP

By: /s/ *Colin F. Dougherty*
    Colin F. Dougherty
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, Minnesota  55402
    Tel:  (612) 766-7000
    Fax:  (612) 766-1600
    colin.dougherty@faegrebd.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
IN RE                                                                                  Chapter 11

GMI USA MANAGEMENT, INC., *et al.*[2],                  Case No. 15-12552 (SMB)

                              Debtors.                                   (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Colin F. Dougherty, Esq., to be admitted, ***pro hac vice***, to represent, upon approval of the Court, the Official Committee of Unsecured Creditors (the "Committee"), in the above-captioned chapter 11 proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Colin F. Dougherty, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases, to represent, upon approval of the Court, the Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee of $200.00 has been paid.

Dated: _____, 2015
New York, New York

                                                            /s/ _____
                                                            UNITED STATES BANKRUPTCY JUDGE

---

[2] This case is being jointly administered with the following cases: In re: Global Maritime Investments Cyprus Limited (Case No. 15-12553-SMB); In re: Global Maritime Investments Holdings Cyprus Limited (Case No. 15-12554 SMB); In re: GMI Resources (Singapore) Pte Limited (Case No. 15-12555-SMB); and Global Maritime Investments Vessel Holdings Pte Limited (Case No. 15-12556-SMB)

US.102878721.02