Colin F. Dougherty
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Proposed Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GMI USA Management, Inc., et al.[1] | ) | Case No. 15-12552 (SMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the

United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Official Committee of Unsecured

Creditors, by and through its undersigned proposed counsel, hereby enters its appearance in the

above-captioned cases and requests that all notices given or required to be given in these cases,

and all papers served or required to be served in these cases, be given and served at the offices,

addresses, and numbers as follows:

---

[1] This case is being jointly administered with the following cases: In re: Global Maritime Investments Cyprus Limited (Case No. 15-12553-SMB); In re: Global Maritime Investments Holdings Cyprus Limited (Case No. 15-12554 SMB); In re: GMI Resources (Singapore) Pte Limited (Case No. 15-12555-SMB); and Global Maritime Investments Vessel Holdings Pte Limited (Case No. 15-12556-SMB)

Colin F. Dougherty
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail:  colin.dougherty@faegrebd.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, any orders and

notice of any application, complaint, demand, motion, petition, pleading, or request, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail,

facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made

with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither

this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading,

proof of claim, claim, or suit shall constitute a waiver of the rights of the Official Committee of

Unsecured Creditors: (i) to have final orders in non-core matters entered only after de novo

review by a District Judge; (ii) the right to trial by jury in any proceeding related to these cases

or any case, controversy, or proceeding related to these cases; (iii) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal;

(iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Official

Committee of Unsecured Creditors may be entitled, in law or in equity, all of which rights,

claims, actions, setoffs, and recoupments are expressly reserved.

Dated: October 20, 2015        FAEGRE BAKER DANIELS LLP

/s/ Colin F. Dougherty
Colin F. Dougherty (*pro hac vice* pending)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail:  colin.dougherty@faegrebd.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on October 20, 2015, I caused to be served a true copy of the Notice of Appearance on all counsel of record, by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, which automatically causes a notification of the filing to be sent to all ECF participants of record in this matter and served by first class mail and email to:

John P. Melko – jmelko@gardere.com
Michael K. Riordan – mriordan@gardere.com
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5011

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1005
New York, NY 10014
Andrea.B.Schwartz@usdoj.gov; Susan.Arbeit@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2015                     FAEGRE BAKER DANIELS LLP


/e/ Susan E. Carlson
Susan E. Carlson, Paralegal
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail:  susan.carlson@faegrebd.com

US.102874757.01