# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Arthur E. Rosenberg
(212) 513-3482
arthur.rosenberg@hklaw.com

November 2, 2015

*Via Electronic Mail*

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Southern District of New York
United States Bankruptcy Court
One Bowling Green, Room 723
New York, New York 10004

Re:   **In re GMI USA Management, Inc., et al. -
      Chapter 11 Case No. 15-12552 (SMB) et al.**

Dear Judge Bernstein:

We represent Draco Shipping Pte. Ltd, which is creditor of debtor Global Maritime Investments Cyprus Limited and the counterparty to one of the newbuild vessel agreements that is the subject of that certain *Motion of Debtors for Orders (1) Approving Bidding Procedures in Advance of Auction, (2) Authorizing the Assumption, Assignment, and Sale of Certain Executory Contracts, and Associated Property Rights, Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (3) Setting Related Deadlines and Hearings, and (4) Granting Related Relief* [Dkt. No. 73] (the "Motion"), which was filed by the debtors in the above-captioned Chapter 11 cases, which are pending before Your Honor.

I write, with the consent of counsel for the debtors, to request a second extension of our client's time to object or otherwise respond to the Motion, the objection date for which had been scheduled for October 29, 2015, and then extended, upon debtors' consent and with Your Honor's approval, until November 3, 2015. I note that the hearing for the Motion is still scheduled to be held on November 10, 2015, at 10:00 am EST. I am copying debtors' counsel on this letter.

As described in my letter to Your Honor dated October 28, 2015, we provided debtors' counsel with comments to the Motion and the Orders proposed to be issued pursuant thereto, and we are still awaiting debtor's response to our comments, in connection with which debtor's counsel has agreed to a possible further extension of our response deadline until November 5, 2015.

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland | Los Angeles
Miami | New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach
#37642799_v2

Honorable Stuart M. Bernstein
November 2, 2015
Page 2

Under these circumstances, I respectfully request a further extension of our time to object or otherwise respond to the Motion until November 5, 2015. As noted, debtors' counsel has consented to this further extension.

Sincerely yours,

HOLLAND & KNIGHT LLP

Arthur E. Rosenberg

AER:acl

Courtesy Copy by Hand

cc (via email): John P. Melko, Esq.
               Gardere Wynne Sewell LLP
               *Attorneys for debtors GMI USA Management, Inc. et al.*