John P. Melko
713-276-5727 (*direct dial*)
713-276-6727 (*direct fax*)
jmelko@gardere.com
Michael K. Riordan
713-276-5178 *(direct dial)*
713-276-6178 *(direct fax)*
mriordan@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana, Suite 2000
Houston, Texas  77002-5011

*Proposed Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GMI USA MANAGEMENT, INC., *et al*[1] | § | CASE NO. 15-12552-smb |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 10, 2015**

Hearing Time/Date:   November 10, 2015 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:  The Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 723
New York, New York 10004

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at
www.nysb.uscourts.gov

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's U.S. tax identification number, if applicable, comprise GMI USA Management, Inc. (1208), Global Maritime Investments Holdings Cyprus Limited, Global Maritime Investments Vessel Holdings Pte. Limited, Global Maritime Investments Cyprus Limited and Global Maritime Investments Resources (Singapore) Pte. Limited.

**PAGE 1**

**A.    UNCONTESTED MATTERS**

1. ***Cash Management Motion.*** Debtors' Motion for an Order (I) Authorizing Continued Use of Existing (a) Cash Management System, (b) Accounts, (c) Business Forms and (d) Deposit Practices, and (II) Waiving the Requirements of Bankruptcy Code §345(b) [Docket No. 6]

    a. An Interim Order was entered on September 21, 2015 [Docket No. 39].

    b. On October 6, 2015, the Court continued the hearing on the Final Order to October 20, 2015. It was then continued until November 3, 2015 and then further adjourned to November 10, 2015.

    **Objections:**   None

    **Status:**   This matter is going forward.

2. ***Non-Debtor Affiliate Funds Motion.*** Debtors' Motion for Order Authorizing Turnover of Funds Belonging to Non-Debtor GMI Panamax Pool Ltd Received by the Debtors [Docket No. 9]

    a. An Interim Order was entered on September 21, 2015 [Docket No. 38].

    b. On October 6, 2015, the Court continued the hearing on the Final Order to October 20, 2015. It was then continued until November 3, 2015 and then further adjourned to November 10, 2015.

    **Objections:**   None

    **Status:**   This matter is going forward.

3. *Critical Vendor Motion.* Debtors' Motion for an Order (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Foreign Vendors, Service Providers and Governments and Certain Critical Vendors, and (II) Authorizing Financial Institutions Critical Vendors, and (III) Authorizing Financial Institutions [Docket No. 11]

   a. An Interim Order was entered on September 21, 2015 [Docket No. 40].

   b. On October 6, 2015, the Court continued the hearing on the Final Order to October 20, 2015. It was then continued until November 3, 2015 and then further adjourned to November 10, 2015.

   **Objections:**  None

   **Status:**  This matter is going forward.

4. *Rejection Motion - M/V* **Cape Providence.** Debtors' Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* Cape Providence [Docket No. 85].

   **Objections:**  None.

   **Status:**  This matter is going forward.

5. *Rejection Motion - M/V* **Cape Spencer.** Debtors' Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* Cape Spencer [Docket No. 86].

   **Objections:**  None.

   **Status:**  This matter is going forward.

6. *Rejection Motion - M/V* **Dong-A Artemis.** Debtors' Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* Dong-A Artemis [Docket No. 87].

   **Objections:**  None.

   **Status:**  This matter is going forward.

7. *Rejection Motion - M/V* **Primrose.** Debtors' Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* Primrose [Docket No. 88].

   **Objections:**  None.

   **Status:**  This matter is going forward.

8. *Rejection Motion - M/V* **Sunrise.** Debtors' Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* Sunrise [Docket No. 89].

   **Objections:**   None.

   **Status:**   This matter is going forward.

9. *Rejection Motion - M/V* **GMI Jane.** Debtors' Amended Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* GMI Jane [Docket No. 90].

   On October 20, 2015, the Debtors filed their Original Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* GMI Jane [Docket No. 79].

   On October 21, 2015, the Debtors filed their Amended Motion for an Order Authorizing the Debtors to Reject Time Charter for *M/V* GMI Jane [Docket No. 90].

   **Objections:**   None.

   **Status:**   This matter is going forward.

B. **CONTESTED MATTERS**

   1. *Sale Motion.* Motion of Debtors for Orders (1) Approving Bidding Procedures in Advance of Auction, (2) Authorizing the Assumption, Assignment, and Sale of Certain Executory Contracts and Associated Property Rights Free and Clear of All Liens, Claims, Encumbrances, and other Interests, (3) Setting Related Deadlines and Hearings, and (4) Granting Related Relief [Docket No. 73].

      **Objections:**   Kumiai Navigation (Pte) Ltd.'s Limited Objection in Response to Debtors' Motion to Sell Property [Docket No. 103]; and

      Draco Shipping Pte Ltd., Pegasus Shipping Pte Ltd., Cygnus Shipping Pte Ltd, and Pisces Shipping Pte Ltd.'s Limited Objection to and Reservation of Rights in Conneciton with Debtors' Motion for Orders(1) Approving Bidding Procedures in Advance of Auction, (2) Authorizing the Assumption, Assignment, and Sale of Certain Executory Contracts and Associated Property Rights Free and Clear of All Liens, Claims, Encumbrances, and other Interests, (3) Setting Related Deadlines and Hearings, and (4) Granting Related Relief  [Docket No. 119].

      **Status:**   This matter is going forward.

C. **INITIAL CASE MANAGEMENT CONFERENCE**

The Debtors reserve the right to amend this Notice of Agenda as appropriate.

Dated:  November 9, 2015
Houston, Texas

Respectfully submitted,

*/s/ John P. Melko*
John P. Melko
Texas State Bar No. 13919600
713-276-5727 (*direct dial*)
713-276-6727 (*direct fax*)
jmelko@gardere.com
Michael K. Riordan
Texas State Bar No. 24070502
713-276-5178 *(direct dial)*
713-276-6178 *(direct fax)*
mriordan@gardere.com
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 2000
Houston, Texas  77002-5011

PROPOSED COUNSEL FOR THE DEBTORS