**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GMI USA MANAGEMENT, INC., *et al*[1] | § | Case No. 15-12552-smb |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### ORDER APPROVING REJECTION OF EXECUTORY CONTRACT – TIME CHARTER CONTRACT FOR *M/V* ISTRIA

WHEREAS, on December 15, 2015, the Debtors filed a motion (the "**Motion**") with this Court seeking approval pursuant to sections 105(a) and 365(a) of the Bankruptcy Code[2] and Bankruptcy Rule 6006 to reject that certain executory contract of the Debtors, dated May 21, 2015, identified as *Time Charter Agreement on M/V Istria* (the "**Executory Contract**").

WHEREAS, the Court having jurisdiction over these matters pursuant to 28 U.S.C. § 1334; and consideration of these matters being a core proceeding this Court can determine pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice having been provided to each party entitled to notice; and it appearing that no other or further notice need be provided; and the relief granted herein being in the best interests of the Debtors and their estates and creditors; and the Court having determined that there is just cause for the relief granted herein; and on all of the proceedings had before the Court and after due deliberation and sufficient cause appearing, therefore, it is hereby:

ORDERED that the Motion is granted to the extent provided herein;

---

[1] The Debtors in these Chapter 11 cases comprise GMI USA Management, Inc., Global Maritime Investments Holdings Cyprus Limited, Global Maritime Investments Vessel Holdings Pte. Limited, Global Maritime Investments Cyprus Limited and Global Maritime Investments Resources (Singapore) Pte. Limited.

[2] All capitalized terms not defined herein shall be given the meaning ascribed to them in the Motion.

ORDERED that the rejection of the Executory Contract is authorized and approved pursuant to section 365(a) of the Bankruptcy Code. Such Executory Contract is hereby rejected by the Debtors effective as of the Redelivery Date; and

ORDERED that the holder of any claim for damages arising from the rejection of the Executory Contract must file a proof of claim on account of such claim against the Debtors by such general bar date for claims as may be set by subsequent order of this Court or such claim will be irrevocably barred.

Dated   January 4, 2016_____
        New York, New York

                        /s/ STUART M. BERNSTEIN_____
                        THE HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE