FAEGRE BAKER DANIELS LLP
Jay Jaffe (Admitted *Pro Hac Vice*)
Kayla D. Britton (Admitted *Pro Hac Vice*)
600 E. 96th Street Suite 600
Indianapolis, IN 46240

and

Colin F. Dougherty (Admitted *Pro Hac Vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Counsel for Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

| | |
|---|---|
| IN RE | Chapter 11 |
| GMI USA MANAGEMENT, INC., *et al.*[1], | Case No. 15-12552 (SMB) |
| Debtors. | (Jointly Administered) |

## LIMITED OBJECTION TO THE DEBTORS' MOTIONS TO REJECT THE "NEW BUILD" VESSEL CONTRACTS

The Official Committee of Unsecured Creditors (the "**Committee**") of GMI USA Management, Inc., et al. (the "**Debtors**") in the above captioned chapter 11 cases (these "**Bankruptcy Cases**"), hereby submits this limited objection (this "**Limited Objection**") to docket numbers 187-198 (the **"New Build Rejection Motions"**), whereby the Debtors seek

---

[1] This case is being jointly administered with the following cases: In re: Global Maritime Investments Cyprus Limited (Case No. 15-12553-SMB); In re: Global Maritime Investments Holdings Cyprus Limited (Case No. 15-12554 SMB); In re: GMI Resources (Singapore) Pte Limited (Case No. 15-12555-SMB); and Global Maritime Investments Vessel Holdings Pte Limited (Case No. 15-12556-SMB).

authorization to reject their "new build" executory vessel contracts (the **"New Build Contracts"**).  In support of this Limited Objection, the Committee respectfully states as follows:

**Background**

1.  Prior to the commencement of these cases, the Debtors entered into the New Build Contacts, pursuant to which, the Debtors, directly or indirectly, commissioned the construction of approximately 13 new vessels.

2.  In connection with the New Build Contracts, the Debtors have deposited approximately $24,200,000 with various parties.

3.  On December 18, 2015, the Debtors filed the New Build Rejection Motions, which seek authority to reject the New Build Contracts.

4.  The New Build Rejection Motions all state as follows: "Notwithstanding anything herein, the Debtors reserve any and all rights to recover any deposits or other advances of funds made by the Debtors in connection with the Executory Contract to the extent permissible under the Executory Contract of applicable law".  The proposed orders submitted with the New Build Rejection Motions do not contain similar language, nor do they preserve the rights of the Committee or successor parties-in-interest.

5.  The Committee supports the relief sought in the New Build Rejection Motions but believes any order with respect to such motions should clearly preserve the rights of the Debtors, the Debtors' estates, the Committee and any successor to any such party with respect to the recovery of deposits or advances.  The Committee and the Debtors are in agreement that the orders should include such language and are working together to draft such language in advance of hearing on the New Build Rejection Motions.

**Limited Objection**

6.      The Committee objects to the entry of orders granting the New Build Rejection Motions to the extent such orders do not contain language satisfactory to the Committee preserving the rights of the Debtors, the Debtors' estates, the Committee and any successor to any such party with respect to the recovery of deposits or advances associated with the New Build Contracts.

Dated:    January 5, 2016               **FAEGRE BAKER DANIELS LLP**

*/s/* Jay Jaffe
Jay Jaffe (admitted *Pro Hac Vice*)
Kayla D. Britton (admitted *Pro Hac Vice*)
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-4687
Facsimile: (317) 237-8587
jay.jaffe@faegrebd.com
kayla.britton@faegrebd.com

and

Colin F. Dougherty (MN Bar No. 0390183)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
colin.dougherty@faegrebd.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Title 28 U.S.C.§1746, that on January 5, 2016, I caused to be served a true copy of the Limited Objection to the Debtors' Motions to Reject the "New Build" Vessel Contracts on all counsel of record, by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, which automatically causes a notification of the filing to be sent to all ECF participants of record in this matter and by first class mail and email to:

John P. Melko        jmelko@gardere.com
Michael K. Riordan   mriordan@gardere.com
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-5011

UNITED STATES TRUSTEE
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Andrea.b.Schwartz@usdoj.gov; Susan.Arbeit@usdoj.gov

Mark R. Somerstein    mark.somerstein@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

James M. Wilton      james.wilton@ropesgray.com
Patricia I. Chen     patricia.chen@ropesgray.com
Matthew P. Burrows   matthew.burrows@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Stephen D. Lerner    stephen.lerner@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, NY 10112

Arthur E. Rosenberg   arthur.rosenberg@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2016                         FAEGRE BAKER DANIELS LLP


                                               /s/ Susan E. Carlson
                                               Susan E. Carlson, Paralegal
                                               2200 Wells Fargo Center
                                               90 South Seventh Street
                                               Minneapolis, MN  55402-3901
                                               Telephone: (612) 766-7000
                                               Facsimile: (612) 766-1600
                                               E-mail:  susan.carlson@faegrebd.com